■ CHESTER V. GACIOCH, Appellant, v HENRY T. VAGT, JR., et al., Respondents. [743 NYS2d 761] —Appeal from that part of a judgment (denominated order and judgment) of Supreme Court, Herkimer County (Kirk, J.), entered August 7, 2001, that denied in part the complaint after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated at Supreme Court, Herkimer County, Kirk, J. Present—Pigott, Jr., P.J., Hayes, Kehoe, Gorski and Lawton, JJ.